USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
JOSE A. FELIZ, JR.,

                           Plaintiff,

           -v-

COMMISSIONER OF SOCIAL SECURITY,
                            Defendant.
--------------------------------------------------------------X

19 **CIVIL** 11441 (KMK)(LMS)

**JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in

the Court's Order dated May 4, 2020, that that the decision of the Commissioner of Social

Security be, and hereby is, reversed and remanded to the Commissioner of Social Security

pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
        May 5, 2020

                                        **RUBY J. KRAJICK**

                                        **Clerk of Court**
               **BY:**
                                        **Deputy Clerk**